**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

**In re:**

**PLATO CHRIS FOUFAS,** **CASE NO. 20-22967-EPK**

**Debtor.** **CHAPTER 7**
___________________________________/

**DEBORAH MENOTTE, as Chapter 7 Trustee for the Debtor, Plato Chris Foufas,** **ADV. PROC. NO. 21-01362-EPK**

**Plaintiff,**
**v.**

**PLATO CHRIS FOUFAS, et al.,**

**Defendants.**
___________________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Order Dismissing Adversary Proceeding as Settled* [Adv. ECF No. 164] was served via CM/ECF Notification upon all interested parties registered to receive electronic notice on May 22, 2023.

**Dated: May 24, 2023.**

**VENABLE LLP**
*Attorneys for the Chapter 7 Trustee*
200 East Broward Blvd, Suite 1110
Ft. Lauderdale, Florida 33301
Telephone: (954) 453-8000
Facsimile : (954) 453-8010

By: /s/ Barry P. Gruher
Barry P. Gruher, Esq.
Florida Bar No. 960993
Email: bpgruher@venable.com

**SERVICE LIST**

***Served Via CM/ECF***

Joaquin J Alemany on behalf of Defendant Orion Corporate & Trust Services, Ltd.
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Joyce Adriana Delgado on behalf of Plaintiff Deborah Menotte, Chapter 7 Trustee
jadelgado@venable.com,
cascavone@venable.com;jnunez@venable.com;ipmalcolm@venable.com;bsilva@venable.com;imalcolm@ecf.courtdrive.com

Robert C Folland on behalf of Defendant Astor Street Holdings, LLC
rob.folland@btlaw.com, april.lantz@btlaw.com

Robert C Folland on behalf of Defendant Timothy Foufas
rob.folland@btlaw.com, april.lantz@btlaw.com

Barry P Gruher on behalf of Plaintiff Deborah Menotte, Chapter 7 Trustee
bpgruher@venable.com,
ipmalcolm@venable.com;JBIsenberg@Venable.com;cascavone@venable.com;mbnascimento@venable.com;imalcolm@ecf.courtdrive.com

Zachary Malnik on behalf of Plaintiff Deborah Menotte, Chapter 7 Trustee
zmalnik@gjb-law.com, jnunez@venable.com;cascavone@venable.com

Craig A. Pugatch, Esq on behalf of Defendant Braircliffe Lakeside Associates, LLC
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Earlsted, LLC
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Foufas Properties/Braircliffe, Inc.
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Guardian Fiduciary Management, Ltd.
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant KM Settlement dated May 23, 1996 between Plato Chris Foufas and Nova Corporation
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant PFCO, Inc.
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Plato Foufas & Company, LLC
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Sixth and Gest Properties, LLC
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant The KM Settlement dated January 9, 1998 Between Plato Foufas and St. Vincent Trust Services, Ltd.
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Wrightford Corporation
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com

Robert F. Reynolds on behalf of Defendant Plato Chris Foufas
rreynolds@robertreynoldspa.com

Jason Slatkin, Esq. on behalf of Defendant Guardian Fiduciary Management, Ltd.
jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Slatkin, Esq. on behalf of Defendant KM Settlement dated May 23, 1996 between Plato Chris Foufas and Nova Corporation
jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com